IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  13-33395 |
| KELLY ANGELA GIGLI | ) | S.S.# xxx-xx-3743 |
| JAMES KENNETH GIGLI | ) | S.S.# xxx-xx-7573 |
|    Debtors. | ) | Chapter 7 Bankruptcy |

**PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS**

Comes now, Rebecca Hoyt Fischer, Chapter 7 Trustee, and respectfully shows:

1. I am the Trustee for the above-captioned Debtor(s), having been appointed on or about 12/02/2013.

2. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor(s) and adopt the same as my preliminary inventory; specifically, I anticipate receiving funds from non-exempt 2013 tax refunds.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Dated:  February 3, 2014

/s/ Rebecca H. Fischer
Bar No. 10537-72
LADERER & FISCHER, P.C.
401 E. Colfax Ave., Suite 305
South Bend, IN 46617
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2014, a true and correct copy of the above and foregoing Application was served by electronic transmission upon the following parties:

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

Kelly A. Gigli
KGIGLI@GIGLI-LAW.COM

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

KELLY ANGELA GIGLI
63181 STATE ROAD 23
NORTH LIBERTY, IN 46554

JAMES KENNETH GIGLI
63181 STATE ROAD 23
NORTH LIBERTY, IN 46554

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer

1